FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 12 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF ARIZONA,<br><br>  Plaintiff,<br><br>SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY,<br><br>  Plaintiff,<br><br> and<br><br>GILA RIVER INDIAN COMMUNITY,<br><br>  Plaintiff - Appellant,<br><br> v.<br><br>TOHONO O'ODHAM NATION,<br><br>  Defendant - Appellee. | No. 13-16517<br><br>D.C. No. 2:11-cv-00296-DGC<br>District of Arizona,<br>Phoenix<br><br>ORDER |

The Court of Appeals' records do not indicate that appellant has filed a Mediation Questionnaire in accordance with Circuit Rule 3-4.

Within seven (7) days of the filing of this order, appellant shall: (a) file a Mediation Questionnaire (available on the court's website, www.ca9.uscourts.gov); (b) dismiss the appeal voluntarily pursuant to Fed. R. App. P. 42(b); or (c) show cause in writing why this appeal should not be dismissed pursuant to Ninth Cir. R.

42-1. Failure to comply with this order will result in dismissal pursuant to Ninth

Cir. R. 42-1.

> FOR THE COURT:
>
> By: Elisa P. Monterola
> Deputy Clerk

epm/mediation